# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| In re Liberty Media Holdings LLC: the Identification of John Does 1-1000 Pursuant to the "DMCA" <br> *Plaintiff* <br> v. <br> *Defendant* | ) ) ) ) ) ) ) ) ) | **2:11-ms-00112** <br><br> Ci <br><br> (If the action is pending in another district, state where: <br> ⬤ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

| Place: Randazza Legal Group <br> 6525 W. Warm Springs Road, Suite 100 <br> Las Vegas, NV 89118 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: DEC 22 2011

CLERK OF COURT

JULIE GIESBRECHT

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Liberty Media Holdings LLC
_____, who issues or requests this subpoena, are:

J. Malcolm DeVoy, Randazza Legal Group, 6525 W. Warm Springs Road, Suite 100, Las Vegas, NV 89118
888-667-1113 ex.4 | jmd@randazza.com

J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
jmd@Randazza.com
Telephone: 888-667-1113
Facsimile: 305-437-7662
Randazza.com

Attorney for
*Liberty Media Holdings, LLC*

**2:11-ms-00112**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re Liberty Media Holdings LLC: the Identification of John Does 1-1,000 Pursuant to the Digital Millennium Copyright Act | Case No. <br><br> **APPLICATION AND DECLARATION IN SUPPORT OF ISSUANCE OF SUBPOENA UNDER 17 U.S.C. § 512(h)** |

### APPLICATION AND DECLARATION IN SUPPORT OF

### ISSUANCE OF SUBPOENA UNDER 17 U.S.C. § 512(h)

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, J. Malcolm DeVoy IV, attorney for Liberty Media Holdings LLC ("Liberty"), hereby swear that the purpose for which Liberty seeks the registered subpoenas is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting Liberty's intellectual property rights.

Liberty is aware of precedent concerning the use of Digital Millennium Copyright Act ("DMCA") subpoenas to identify individuals from cable service providers in the Court of Appeals for the District of Columbia Circuit, *Recording Industry Ass'n of America v. Verizon Internet Servs., Inc.*, 351 F.3d 1229 (D.D.C. 2003), as well as the Eighth Circuit Court of Appeals. *In re Charter Comm'ns, Inc.*, 393 F.3d 771 (8th Cir. 2005). This matter of law, however, is unsettled within the Ninth Circuit, and has not been addressed by the Ninth Circuit Court of Appeals.

Contrarily, it is the Petitioner's position that the Ninth Circuit Court of Appeals would find contrary to these courts and would agree with the dissent in *In re Charter*, 393 F.3d at 778. A plain reading of the DMCA will reveal that "[t]he subpoena power created by Congress in § 512(h) does not limit the type of service provider for whom subpoenas may be issued in the fight against internet piracy." "The only viable way for copyright owners to vindicate their intellectual property rights in a timely manner when infringing materials are transmitted across peer to peer networks is to subpoena the [internet service providers, a/k/a] ISPs for disclosure of the identities of alleged infringers." *Id.* at 779.

The Court's Dissent further noted that "[t]he suggestion that copyright holders should be left to file John Doe lawsuits to protect themselves from infringement by subscribers of conduit ISPs like Charter, instead of availing themselves of the mechanism Congress provided in the DMCA, is impractical and contrary to legislative intent." *Id.* at 782. Indeed, "[n]owhere in the DMCA did Congress indicate that copyright holders should be relegated to such cumbersome and expensive measures [as filing individual adversarial lawsuits] against conduit ISPs. The legislative history shows that the purpose of the subpoena power in the DMCA was to obtain the assistance of ISPs in an expeditious process to stop infringement." *Id.*

On this basis, this Court may properly grant Liberty subpoena power under 17 U.S.C. § 512(h) in order to pursue the infringers of its copyrighted works.

Executed under penalty of perjury this 22nd day of December, 2011

J. Malcolm DeVoy IV

Attorney for Petitioner,
*Liberty Media Holdings LLC*

**RANDAZZA** **LEGAL GROUP**

Correspondence from:
J. Malcolm DeVoy IV, Esq.
jmd@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

December 22, 2011

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

BETH A. HUTCHENS
Licensed to practice in
Arizona

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Clerk's Office, U.S. District Court
District of Nevada – Las Vegas Division
333 Las Vegas Boulevard South
Las Vegas, NV 89101

   *Re: DMCA Subpoena*

Dear Clerk of Court:

Thank you for your employees taking the time to speak with me on Tuesday this week and for looking into your policies concerning the issuance of a DMCA subpoena. Enclosed please find a request for the issuance of three subpoenas by your court pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h). As required by the statute, the following are enclosed:

1. The Application/Declaration for the DMCA subpoena to be issued;
2. A copy of the proposed subpoena to be signed by the appropriate court officer;
3. A copy of a DMCA notice sent to the subject of the subpoena, as required by the DMCA;

I recognize that DMCA subpoena file requests are rare. Should you have any questions or require any additional items, please feel free to contact me at 888-667-1113 ex. 4.

Best regards,

*[signature]*

J. Malcolm DeVoy IV

Encls.



December 22, 2011, 11:55 am
To: dmca@btmon.com

Gentlemen,

I am acting on behalf of LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER, a membership website whose copyrighted material recently appeared on your filesharing service available for download publicly with no compensation offered to LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER. I can be reached as Peter K. Phinney (agent for LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER), 2785 Pacific Coast Highway, Suite 130, Torrance, CA 90505, phone: (310) 948-5359, email: peter_pg@pornguardian.com.

Copyrighted work belonging to LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER has been infringed, including video production films featuring various performers created by LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER over a period of several months and including (but not limited to) the following:

Multiple Copyrighted Works Belonging to Amateur College Men
3 Way Circle Jerk


These copyrighted works are currently being offered for download on your site through the following URLs:

http://www.btmon.com/Corbin_Fisher_-_-_-_3_Way_Circle_Jerk_MictrmbL_577614346008.671.torrent.html


I would like to request that you please immediately remove these links and the associated files from your server(s) because the listings facilitate piracy in violation of the DMCA. I have a good faith belief that use of the aforementioned material is not authorized by the copyright owner Marc Randazza, LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER, its agents, or the law. I certify by my electronic signature below that the information in this notice is accurate, under penalty of perjury. Thank you in advance for your prompt action on this notice of infringement. Respectfully submitted this 22nd day of December, 2011 in Los Angeles County California, via electronic mail.

Sincerely, and thank you in advance for complying with the DMCA -
Peter K. Phinney
Acting on behalf of LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER

Cc: LIBERTY MEDIA HOLDINGS, LLC D/B/A CORBIN FISHER



GENERAL COUNSEL

SENT VIA US MAIL and FAX
November 28, 2011

Google, Inc.
Attn: Google Legal Support, Blogger DMCA Counter Notification
1600 Amphitheatre Parkway
Mountain View, CA 94043
650-618-2680

**RE:   DMCA Notice of Claimed Infringement: Repeat Infringer**

Dear Google, Inc.:

**I.      Introduction**

I am the General Counsel for Corbin Fisher®. As Corbin Fisher's General Counsel, I am their designated agent for the provision of DMCA complaints.

It has come to my attention that your servers or your services are providing others with access to materials that infringe upon my client's copyrighted works. In particular, you are providing web hosting services to dvdfilmpink.blogspot.com.

**II.     YOUR COMPANY'S STATUS**

I have reviewed your website and the United States Copyright Office's database of designated agents; it appears your company has complied with the DMCA's designation of agent provision.

**III.    COPYRIGHT INFRINGEMENT AND DMCA NOTICE**

You are hereby given notice valid under the Digital Millennium Copyright Act (DMCA) infringement notification requirements as set forth at 17 U.S.C. § 512 of this infringing activity, and this letter shall serve as a formal legal demand that these materials be removed from public display immediately. My client's original audiovisual works are being published, distributed, or otherwise being used in a manner that is not authorized by the copyright owner, any of its lawful agents, or the law.

My client's original works of creative expression are being infringed upon. The Original Works may be found at http://corbinfisher.com

The particular infringements, still photographs from copyrighted Corbin Fisher videos, that we have detected, and that we demand be removed from your servers are located here:

http://dvdfilmpink.blogspot.com

                                                              GENERAL COUNSEL

Not only does this site post copyrighted still images, even utilizing one as its background for all pages, it offers copyrighted motion pictures available for sale without license to do so. The particular copyrighted works are as follows:

http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-kellan-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-josh-fuck-jack-jack-and.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-scott-fuck-marc-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dawson-fuck-kent-2011_28.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-ggb-sean-pumps-phillip.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-turner-fuck-austin-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-twins-fuck-travis.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-tevin-fuck-travis-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-tagging-sean-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-tagging-dru.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-strip-poker.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-sean-fuck-russ-first-time.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-and-phillip-tag.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-marc-fuck-trey-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-marc-fuck-travis-first.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-and-lucas-tag-travis.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-lucas-fuck-cody-best.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-fuck-quinn-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dawson-fuck-kent-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-and-justin-bi-tag.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-elijah-and-travis-bi-tag.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-phillip-fuck-trey-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-ggb-dru-and-kenny-flip.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-jarret-fuck-connor.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-ashley-break-in.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-justin-fuck-trey-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-and-nicholas-bi.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-ggb-ashley-domination.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-halloween-bash-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-and-cain-bi-flip.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-ethan-fuck-preston.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-elijah-fuck-nicholas.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dru-fuck-turner-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dru-fuck-jarret-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dru-fuck-cain.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dru-fuck-brody.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-double-double-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dawson-fuck-justin-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-dawson-fuck-brent.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-costarica-unlimited.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-fuck-taylor.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-fuck-ryan.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-colen-fuck-ian.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-fuck-brody.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-colen-fuck-levi.html



GENERAL COUNSEL

http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-fuck-marc-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-fuck-levi.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-cain-fuck-brody.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-brent-fuck-elijah-part-1.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-six-pack-unlimited-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-kent-2011.html
http://dvdfilmpink.blogspot.com/2011/11/codecfcort-ranting910-hargarp.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-connor-fuck-kent-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-tagging-josh-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-budapest-pop-up-cf.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-aiden-buries-his-cock-in.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-aiden-fuck-travis-connor.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-aiden-fuck-cain-2011_24.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-aiden-fuck-dru-2011.html
http://dvdfilmpink.blogspot.com/2011/11/corbin-fisher-aiden-fuck-cain-2011.html

This correspondence places you on actual notice of this repeat and rampant infringement.

On behalf of Corbin Fisher, I demand that upon receipt of this notification, you expeditiously remove or disable access to the above claimed infringing material and any other Corbin Fisher intellectual property, which may be found on your servers.

### IV.    REPEAT INFRINGER STATUS

This account holder is a clear repeat infringer, infringing on multiple copyrighted works of ours. Accordingly, we request that you terminate the hosting account or provide us with a reasonable explanation for your decision to continue doing business with this repeat infringer.

### V.    CERTIFICATION AND CONCLUSION

I certify under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner of the aforementioned copyright protected materials.

Under the subpoena provision of 17 U.S.C. §512(h) or other legal process, Corbin Fisher **will** seek identifying information for the individuals responsible for posting these infringing works, including without limitation billing information and time stamped IP addresses for each of the individuals. Therefore, I demand that you preserve any and all information relating to the publication of this material. You should maintain all files, computer code, and other records relating to the individuals responsible for the infringement and the corresponding forum where the infringements were discovered.

This notice does not constitute a waiver of any of the copyright owner's legal rights or remedies in this or any other matter, all of which are hereby fully and expressly reserved.



GENERAL COUNSEL

Your immediate attention to this matter is expected. Please advise me via email when all Corbin Fisher materials have been removed so that I may re-inspect the site for compliance.

Sincerely,

Marc J. Randazza
General Counsel, Corbin Fisher