```
DUPLICATE

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS008281
Cashier ID: ablazevi
Transaction Date: 12/22/2011
Payer Name: J Malcolm DeVoy
------------------------------------
MISCELLANEOUS PAPERS
 For: J Malcolm DeVoy
  Case/Party: D-NVX-2-11-MS-000112-001
  Amount:        $46.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $46.00
------------------------------------
Total Due:     $46.00
Total Tendered: $46.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```